

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00387-CV

| | | |
|---|---|---|
| MICHELE MCKENZIE ALFORD-SHAW, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF ROBIN DALE SHAW, DECEASED, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-306509-19) |
| V. | § | July 1, 2021 |
| JUDY NICHOLSON, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MISTY NICHOLSON, DECEASED, AND AS GUARDIAN AND NEXT FRIEND OF LBN, A MINOR; DOMINIC RIOLA; AND KARLA RIOLA, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's November 17, 2020 order. The court affirms the trial court's order.

It is ordered that appellant Michele McKenzie Alford-Shaw shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker